Minnie Persson, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 28,104.

Action for damages for personal injuries sustained in alighting from street car, charging negligence of street car company's servants. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed with a finding of fact. Opinion filed February 27, 1924.

Charles LeRoy Brown, for appellants; John R. Guilliams, Frank L. Kriete and Robert J. Slater, of counsel. O'Brien, Rutledge & Hayes, for appellee; William B. O'Brien and John J. Moser, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. The Grand Jury, defendant in error, v. Robert J. Cochrane, plaintiff in error. Gen. No. 28,271.

Charge of contempt consisting of refusal to answer certain questions propounded by Grand Jury. Sentence to imprisonment for ninety days. Error to the Criminal Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed. Opinion filed February 27, 1924.

Darrow, Sissman, Holly & Carlin, for plaintiff in error. Edward J. Brundage, Attorney General, for defendant in error; Frederick A. Brown and G. L. Wire, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

The Northern Trust Company, trustee under the last will and testament, and codicil thereto, of Sidney A. Kent, deceased, appellee, v. Helen L. Massenat et al., Sidney Kent Legare, appellant. Gen. No. 28,877.

Consolidated with Gen. No. 28,876, 232 Ill. App. 314. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Daniel Taylor, solicitor for appellant, Helen L. Massenat; Wilson, McIlvaine Hale & Templeton, solicitors for appellant, Sidney Kent Legare; Henry W. Runyon, Edmund S. Johnson and Hugh M. Alcorn, of counsel. Chapman, Cutler and Parker for appellee, Alberta Morris Bissell; Cutting, Moore & Sidley, for appellee, The Northern Trust Company; Russell Whitman, guardian ad litem for Arthur Gilbert Bissell, Jr. and William Morris Bissell, infants, appellees; Henry G. Miller, Claude H. Coon, Charles S. Cutting, Donald F. McPherson, John P. Barnes and William H. Radebaugh, of counsel.

Mr. Justice Thomson delivered the opinion of the court.